Fill in this information to identify the case:

Debtor name: **Rene Cross Construction, Inc.**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**
Case number (if known): 16-51085

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **B & A Materials, Inc.** P.O. Box 213 Venice, LA 70091 | | | | | | $31,329.20 |
| **Barrios Welding Services** P.O. Box 517 Marrero, LA 70073 | | | | | | $28,380.00 |
| **Blue Cross Blue Shield** P.O. Box 65007 Dallas, TX 75265-0007 | | | | | | $17,608.18 |
| **C & E Equipment, Inc.** P.O. BOx 34 Belle Chasse, LA 70037 | | | | | | $45,278.61 |
| **Caillou Island Towing Co., Inc** P.O. Drawer 2568 Houma, LA 70361 | | | | | | $28,031.71 |
| **Canal Diesel Service** 2716 Southwest Dr. New Iberia, LA 70560 | | | | | | $21,962.50 |
| **COASTAL CATERING** P.O. BOX 3674 HOUMA, LA 70361 | | | | | | $34,854.95 |
| **Couvillion Group, LLC** PO Box 344 Belle Chasse, LA 70037 | | | | | | $157,654.65 |
| **Dale Martin Offshore** P.O.Box 577 Maurice, La 70555 | | | | | | $50,101.36 |

| Debtor | Rene Cross Construction, Inc. | | | Case number (if known) | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Denet Towing Service, Inc.** P.O. Box 307 Boothville, LA 70038 | | | | | | $71,323.31 |
| **H & E Equipment Services, LLC** P.O. Box 849850 Dallas, TX 75284 | | | | | | $19,863.08 |
| **J.R. Gray, Inc.** P.O. Box 4198 Houma, LA 70361-4198 | | | | | | $257,714.52 |
| **Mississippi River Equipment Co** P.O. Box 249 Norco, LA 70079 | | | | | | $153,147.60 |
| **North Star Agency, Inc.** 3663 Pontchartrain Drive Slidell, LA 70458-4897 | | | | | | $34,805.95 |
| **Pacific Gulf Wire Rope** 1504 Engineers Road Belle Chasse, LA 70037 | | | | | | $70,231.25 |
| **Pirahna Rentals, LLC** P.O. Box 69 Chauvin, LA 70344 | | | | | | $18,829.08 |
| **RPC Barges, LLC** P.O. Box 34 Belle Chasse, LA 70037 | | | | | | $45,237.52 |
| **Shallow Water Equipment, LLC** P.O. Box 5682 Thibodaux, LA 70302 | | | | | | $43,200.00 |
| **Southern Crane & Hydraulics** P.O. Box 39 Bourg, LA 70343 | | | | | | $122,342.50 |